IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERTO TORRES,

    Petitioner,                  No. CIV S-09-2150 KJM P

    vs.

JOHN HAVILLAND,

    Respondent.              ORDER

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed an identical petition for relief in the matter numbered CIV S-09-278 JAM GGH.[1] Pursuant to Local Rule 81-190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 81-190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. This action is reassigned to Judge Mendez and Magistrate Judge Hollows for
3  all further proceedings; henceforth, the caption on documents filed in this action shall be shown
4  as No. CIV S-09-278 JAM GGH; and
5  2. The Clerk of the Court shall make appropriate adjustment in the assignment of
6  civil cases to compensate for this reassignment.
7  DATED: January 22, 2010.

_____
U.S. MAGISTRATE JUDGE

4
torr2150.190

2