IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERTO TORRES,

        Petitioner,        No. CIV S-09-2150 JAM GGH P

   vs.

JOHN HAVILLAND, Warden,

        Respondent.        ORDER

_____/

      Pursuant to the <u>Order</u>, filed on April 2, 2010, petitioner, by filing dated April 23, 2010, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

      Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted.  <u>See</u> 28 U.S.C. § 1915(a).

DATED: June 1, 2010        /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
torr2150.ifpgrt