IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERTO TORRES,

    Petitioner,        No. CIV S-09-2150 JAM GGH P

    vs.

JOHN HAVILLAND, Warden,

    Respondent.      <u>ORDER TO SHOW CAUSE</u>

                              /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 28, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's May 28, 2010, motion to dismiss should not be granted.

DATED: August 3, 2010

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:de
torr2150.46

1